IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 6:25-871 |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| IVAN KUDROVSKYI | ) | |

The Clerk of Court is hereby directed to issue a warrant for the defendant, IVAN KUDROVSKYI, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

s/Kevin F. McDonald
_____
UNITED STATES MAGISTRATE JUDGE

July 8, 2025

Greenville, South Carolina

I SO MOVE:

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Carrie Fisher Sherard (#10134)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Telephone: (864) 282-2100
Email Address: carrie.a.fisher@usdoj.gov